JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WEST PALM BEACH POLICE PENSION FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>XPONENTIAL FITNESS, INC., ANTHONY GEISLER, JOHN MELOUN, MARK GRABOWSKI, BRENDA MORRIS, CHELSEA GRAYSON, BofA SECURITIES, INC., JEFFERIES LLC, MORGAN STANLEY & CO. LLC, GUGGENHEIM SECURITIES, LLC, PIPER SANDLER & CO., ROBERT W. BAIRD & CO. INCORPORATED, RAYMOND JAMES & ASSOCIATES, INC., ROTH CAPITAL PARTNERS, LLC, and R. SEELAUS & CO., LLC,<br><br>    Defendants. | Case No. 8:24-cv-01333-JWH-KESx<br><br>**ORDER REGARDING JOINT STIPULATION TO CONSOLIDATE RELATED ACTIONS AND RESPONSE TO COURT ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION DATED SEPTEMBER 23, 2024** |

Upon the Joint Stipulation to Consolidate Related Actions and Response to Court Order to Show Cause Regarding Dismissal for Lack of Prosecution dated September 23, 2024,[1] proposed by Plaintiff City of West Palm Beach Police Pension Fund and Defendants Xponential Fitness, Inc.; Anthony Geisler; John Meloun; Mark Grabowski; Brenda Morris; Chelsea Grayson (collectively, the "Xponential Defendants") and Defendants BofA Securities, Inc.; Jefferies LLC; Morgan Stanley & Co. LLC; Guggenheim Securities, LLC; Piper Sandler & Co.; Robert W. Baird & Co. Incorporated; Raymond James & Associates, Inc.; Roth Capital Partners LLC; and R. Seelaus & Co., LLC (collectively, the "Underwriter Defendants"), and with good cause being shown, the Court hereby **ORDERS** as follows:

1. The Clerk of Court is **DIRECTED** to treat as related the dockets for the instant action and the action styled *City of Taylor General Employees Retirement System v. Xponential Fitness, Inc.*, Case No. 8:24-cv-00285-JWH-KESx (the "Related Action") and to designate the Related Action as the lead case.

2. No further pretrial proceedings shall be made in the instant action.

3. The Clerk of Court is **DIRECTED** to close the instant action administratively.

4. The Clerk of Court is **DIRECTED** to rename the Related Action as follows: *In re Xponential Fitness Securities Litigation*, Case No. 8:24-cv-00285-JWH-KESx.

5. All papers and documents previously filed or served in the instant action shall be deemed a part of the record in the Related Action.

---

[1] Joint Stipulation [ECF No. 33].

6. The Order to Show Cause previously issued by the Court[2] is **DISCHARGED.**

**IT IS SO ORDERED.**

Dated: October 3, 2024

[signature]
John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[2] Order to Show Cause re Dismissal for Lack of Prosecution [ECF No. 32].